JODY A. LANDRY, Bar No. 125743
jlandry@littler.com
LINDSEY M. STEVENS, Bar No. 265700
lstevens@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: 619.232.0441/ Fax: 619.232.4302

Attorneys for Defendant
ECOLAB INC.

STEVEN G. ZIEFF (SBN 84222)
DAVID A. LOWE (SBN 178811)
JOHN T. MULLAN (SBN 221149)
RUDY EXELROD ZIEFF & LOWE LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800 / Fax (415) 434-0513
sgz@rezlaw.com
dal@rezlaw.com
jtm@rezlaw.com

TODD JACKSON (SBN 202598)
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824 / Fax (510) 839-7839
tjackson@lewisfeinberg.com

*COUNSEL FOR PLAINTIFF CONTINUED ON FOLLOWING PAGE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK CANCILLA, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>ECOLAB INC., a corporation,<br><br>  Defendant. | Case No. CV 12 3001 CRB<br>**ORDER**<br>~~STIPULATION~~ **TO MODIFY PORTIONS OF COLLECTIVE AND REPRESENTATIVE ACTION COMPLAINT AND TO TAKE MOTION TO STAY OFF CALENDAR**<br><br>District Judge: Hon. Charles R. Breyer<br>Ctrm. 6<br><br>Complaint Filed: June 11, 2012<br>Trial Date: Not Set |

FIRMWIDE:113708128.1 057118.1141

Case No. CV-12-3001

JAMES M. FINBERG (SBN 114850)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altshulerberzon.com

ROBERT S. NELSON (SBN 220984)
NELSON LAW GROUP
26 West Portal Avenue, Suite 1
San Francisco, CA 94127
Telephone: (415) 702-9869
Facsimile: (415) 592-8671
rnelson@nelsonlawgroup.net

Attorneys for Plaintiff
NICK CANCILLA, on behalf of himself
and all others similarly situated

Plaintiff NICK CANCILLA ("Plaintiff") and Defendant ECOLAB INC. ("Ecolab" or "Defendant") hereby stipulate as follows, through their attorneys of record:

## I. BACKGROUND FACTS

Plaintiff filed this Complaint on June 11, 2012. In paragraph 4 of his Complaint Plaintiff sought to "certify a Rule 23 class of all similarly situated persons who work, or have worked, as Service Specialists in California." Complaint ¶ 4 (Docket 1). Based on that allegation, on July 30, 2012, Defendant moved to stay the portion of this matter that sought relief for a putative Rule 23 class of California Service Specialists for alleged violations of the California Labor Code. (Docket 13). The basis for the motion was that this proposed class of Service Specialists was already certified in a matter pending in the Central District of California (the "*Ladore* Action").

Since receiving that motion to stay, Plaintiff's counsel has indicated that the allegation in paragraph 4 with respect to "California Service Specialists" was in error. Plaintiff's counsel has explained that the Rule 23 class is limited only to "California Service Specialist Trainees" as defined in paragraph 30 of the Complaint.

## II. STIPULATION

In light of the above facts the parties agree to and do hereby stipulate as follows:

A. By August 20, 2012, Plaintiff will file a First Amended Complaint making only the following changes:

1. The second sentence of Paragraph 2 will be modified to read as follows: "Plaintiff specifically alleges that Defendant unlawfully classified all persons who are employed, or have been employed during the relevant time period, in the Service Specialist and Service Specialist Trainee positions ('Covered Employees') as exempt from the FLSA and unlawfully classified the Service Specialist Trainee position as exempt under California law requiring premium and/or double-time pay for all overtime hours worked."

2. The word "Trainees" shall be inserted in paragraph 4 of the Complaint after "Service Specialist" and before "in California".

B. Once made the changes to the Complaint outlined above completely removes from this action the wage and hour claims of California Service Specialists under the California Labor Code that are at issue in the *Ladore* Action.

TLER MENDELSON, P.C.
501 W. Broadway
Suite 900
an Diego, CA 92101.3577
619.232.0441

3.

Case No. CV-12-3001

C. Based upon this Stipulation and the soon to be filed First Amended Complaint, Ecolab's motion to stay is moot and can be taken off calendar. Ecolab's contemporaneous Motion to Transfer Venue remains at issue and on the calendar.

IT IS SO STIPULATED.

Dated: August 10, 2012

/s/ *Jody A. Landry*
JODY A. LANDRY
LINDSEY M. STEVENS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ECOLAB INC.

Dated: August 10, 2012

/s/ *John T. Mullan* (with permission)
STEVEN G. ZIEFF
DAVID A. LOWE
JOHN T. MULLAN
RUDY EXELROD ZIEFF & LOWE LLP
Attorneys for Plaintiff
NICK CANCILLA

Dated: August 10, 2012

/s/ *James M. Finberg* (with permission)
JAMES M. FINBERG
ALTSHULER BERZON LLP
Attorneys for Plaintiff
NICK CANCILLA

August 20, 2012

IT IS SO ORDERED
Judge Charles R. Breyer

Case No. CV-12-3001