1  JODY A. LANDRY, Bar No. 125743
   jlandry@littler.com
2  LINDSEY M. STEVENS, Bar No. 265700
   lstevens@littler.com
3  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
4  San Diego, California 92101.3577
   Telephone: 619.232.0441/ Fax: 619.232.4302
5
   Attorneys for Defendant
6  ECOLAB INC.

7  STEVEN G. ZIEFF (SBN 84222)
   DAVID A. LOWE (SBN 178811)
8  JOHN T. MULLAN (SBN 221149)
   RUDY EXELROD ZIEFF & LOWE LLP
9  351 California Street, Suite 700
   San Francisco, CA 94104
10 Telephone: (415) 434-9800 / Fax (415) 434-0513
   sgz@rezlaw.com
11 dal@rezlaw.com
   jtm@rezlaw.com
12
   TODD JACKSON (SBN 202598)
13 LEWIS, FEINBERG, LEE, RENAKER
   & JACKSON, P.C.
14 476 9th Street
   Oakland, CA 94607
15 Telephone: (510) 839-6824 / Fax (510) 839-7839
   tjackson@lewisfeinberg.com
16
   *COUNSEL FOR PLAINTIFF CONTINUED*
17 *ON FOLLOWING PAGE*

18

19                      UNITED STATES DISTRICT COURT

20        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND/SAN FRANCISCO DIVISION

21  NICK CANCILLA, on behalf of himself      Case No. CV 12 3001 CRB
    and all others similarly situated,        **ORDER**
22                                            ~~STIPULATION~~ **TO MODIFY PORTIONS**
                         Plaintiffs,          **OF COLLECTIVE AND REPRESENTATIVE**
23                                            **ACTION COMPLAINT AND TO TAKE**
                    v.                        **MOTION TO STAY OFF CALENDAR**
24
    ECOLAB INC., a corporation,              District Judge: Hon. Charles R. Breyer
25                                           Ctrm. 6
                         Defendant.
26
                                             Complaint Filed:  June 11, 2012
27                                           Trial Date:       Not Set

28

FIRMWIDE:113708128.1 057118.1141                        Case No. CV-12-3001

1  JAMES M. FINBERG (SBN 114850)
   ALTSHULER BERZON LLP
2  177 Post Street, Suite 300
   San Francisco, CA  94108
3  Telephone:    (415) 421-7151
   Facsimile:    (415) 362-8064
4  jfinberg@altshulerberzon.com

5  ROBERT S. NELSON (SBN 220984)
   NELSON LAW GROUP
6  26 West Portal Avenue, Suite 1
   San Francisco, CA  94127
7  Telephone:    (415) 702-9869
   Facsimile:    (415) 592-8671
8  rnelson@nelsonlawgroup.net

9
   Attorneys for Plaintiff
10 NICK CANCILLA, on behalf of himself
   and all others similarly situated

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

2.                                    Case No. CV-12-3001

Plaintiff NICK CANCILLA ("Plaintiff") and Defendant ECOLAB INC. ("Ecolab" or "Defendant") hereby stipulate as follows, through their attorneys of record:

# I. BACKGROUND FACTS

Plaintiff filed this Complaint on June 11, 2012. In paragraph 4 of his Complaint Plaintiff sought to "certify a Rule 23 class of all similarly situated persons who work, or have worked, as Service Specialists in California." Complaint ¶ 4 (Docket 1). Based on that allegation, on July 30, 2012, Defendant moved to stay the portion of this matter that sought relief for a putative Rule 23 class of California Service Specialists for alleged violations of the California Labor Code. (Docket 13). The basis for the motion was that this proposed class of Service Specialists was already certified in a matter pending in the Central District of California (the "*Ladore* Action").

Since receiving that motion to stay, Plaintiff's counsel has indicated that the allegation in paragraph 4 with respect to "California Service Specialists" was in error. Plaintiff's counsel has explained that the Rule 23 class is limited only to "California Service Specialist Trainees" as defined in paragraph 30 of the Complaint.

# II. STIPULATION

In light of the above facts the parties agree to and do hereby stipulate as follows:

A. By August 20, 2012, Plaintiff will file a First Amended Complaint making only the following changes:

    1. The second sentence of Paragraph 2 will be modified to read as follows: "Plaintiff specifically alleges that Defendant unlawfully classified all persons who are employed, or have been employed during the relevant time period, in the Service Specialist and Service Specialist Trainee positions ('Covered Employees') as exempt from the FLSA and unlawfully classified the Service Specialist Trainee position as exempt under California law requiring premium and/or double-time pay for all overtime hours worked."

    2. The word "Trainees" shall be inserted in paragraph 4 of the Complaint after "Service Specialist" and before "in California".

B. Once made the changes to the Complaint outlined above completely removes from this action the wage and hour claims of California Service Specialists under the California Labor Code that are at issue in the *Ladore* Action.

TLER MENDELSON, P.C.
501 W. Broadway
Suite 900
an Diego, CA 92101.3577
619.232.0441

Case No. CV-12-3001

C.     Based upon this Stipulation and the soon to be filed First Amended Complaint, Ecolab's motion to stay is moot and can be taken off calendar. Ecolab's contemporaneous Motion to Transfer Venue remains at issue and on the calendar.

IT IS SO STIPULATED.


Dated: August 10, 2012

/s/ *Jody A. Landry*
JODY A. LANDRY
LINDSEY M. STEVENS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ECOLAB INC.


Dated: August 10, 2012

/s/ *John T. Mullan* (with permission)
STEVEN G. ZIEFF
DAVID A. LOWE
JOHN T. MULLAN
RUDY EXELROD ZIEFF & LOWE LLP
Attorneys for Plaintiff
NICK CANCILLA


Dated: August 10, 2012

/s/ *James M. Finberg* (with permission)
JAMES M. FINBERG
ALTSHULER BERZON LLP
Attorneys for Plaintiff
NICK CANCILLA


August 20, 2012

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. CV-12-3001