| | |
|---|---|
| 1 | STEVEN G. ZIEFF (SBN: 84222) |
| 2 | DAVID A. LOWE (SBN: 178811) |
|   | JOHN T. MULLAN (SBN: 221149) |
| 3 | RUDY, EXELROD, ZIEFF & LOWE, L.L.P. |
|   | 351 California Street, Suite 700 |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 434-9800 |
| 5 | Facsimile: (415) 434-0513 |
| 6 | JAMES M. FINBERG (SBN 114850) |
|   | ALTSHULER BERZON LLP |
| 7 | 177 Post Street, Suite 300 |
|   | San Francisco, CA 94108 |
| 8 | Telephone: (415) 421-7151 |
|   | Facsimile: (415) 362-8064 |
| 9 | |
| 10 | ROBERT S. NELSON (SBN 220984) |
|   | NELSON LAW GROUP |
| 11 | 900 Cherry Avenue, Suite 300 |
|   | San Bruno, CA 94066 |
| 12 | (650) 794-2760 (phone) |
|   | (650) 794-2761 (fax) |
| 13 | |

| | | |
|---|---|---|
| 14 | TODD JACKSON (SBN 202598) | JODY A. LANDRY, Bar No. 125743 |
|    | LEWIS, FEINBERG, LEE, RENAKER | LINDSEY M. STEVENS, Bar No. 265700 |
| 15 | & JACKSON, P.C. | LITTLER MENDELSON, P.C. |
|    | 1330 Broadway, Suite 1800 | 501 W. Broadway, Suite 900 |
| 16 | Oakland, CA 94612 | San Diego, California 92101.3577 |
|    | Telephone: (510) 839-6824 | Telephone: 619.232.0441/ Fax: 619.232.4302 |
|    | Facsimile: (510) 839-7839 | |
| 17 | Attorneys for Plaintiff, | Attorneys for Defendant |
|    | NICK CANCILLA | ECOLAB INC. |
| 18 | and the Proposed Class | |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK CANCILLA, | Case No. CV 12-03001 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON ECOLAB'S MOTION TO CHANGE VENUE, PLAINTIFF'S CROSS MOTION RE VENUE, AND THE INITIAL CASE MANAGEMENT CONFERENCE FROM OCTOBER 12, 2012 TO OCTOBER 26, 2012** |
| vs. | |
| ECOLAB, INC., A CORPORATION,, | |
| Defendant. | |
| | Judge: Hon. Charles R. Breyer |

STIPULATION AND [PROP] ORDER TO CONTINUE HEARING ON ECOLAB'S MOT. TO CHANGE VENUE
& PLTF.'S MOT. RE VENUE & INITIAL CASE MANAGEMENT CONFERENCE - Case No. CV 12-03001 CRB

**STIPULATION:**

In order to accommodate the schedule of one of counsel for Plaintiff, the parties agree to and do hereby stipulate that the Court move the hearing on Defendant's Motion to Change Venue, Plaintiff's Cross Motion Regarding Venue, and the Initial Case Management Conference from October 12, 2012 at 10:00 a.m. to October 26, 2012 at 10:00 a.m.

Dated: September 11, 2012

/s/ Jody A. Landry
JODY A. LANDRY
LINDSEY M. STEVENS
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ECOLAB INC.

Dated: September 11, 2012

/s/ James M. Finberg
JAMES M. FINBERG
ALTSHULER BERZON LLP

ROBERT S. NELSON
NELSON LAW GROUP

TODD JACKSON
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.

DAVID A. LOWE
JOHN T. MULLAN
RUDY, EXELROD, ZIEFF & LOWE, L.L.P

Attorneys for Plaintiff
NICK CANCILLA
and the Proposed Class

1 **ORDER**

2     Having considered the Stipulation to Continue Hearing on Defendant's Motion to Change

3 Venue, Plaintiff's Cross Motion Regarding Venue, and the Initial Case Management Conference,

4 the Court ORDERS that the hearing on Defendant's Motion to Change Venue, Plaintiff's Cross

5 Motion Regarding Venue, and the Initial Case Management Conference in this action shall be

6 continued from October 12, 2012 at 10:00 a.m. to October 26, 2012 at 10:00 a.m.

7

8 IT IS SO ORDERED.

9

10 Dated: September 13, 2012



11 _____

12 Honorable _____ United States District Judge

Case No. CV 12-03001 CRB     2