| | |
|---|---|
| 1 | STEVEN G. ZIEFF (SBN: 84222) |
| 2 | DAVID A. LOWE (SBN: 178811) |
|   | JOHN T. MULLAN (SBN: 221149) |
| 3 | RUDY, EXELROD, ZIEFF & LOWE, L.L.P. |
|   | 351 California Street, Suite 700 |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 434-9800 |
| 5 | Facsimile: (415) 434-0513 |

JAMES M. FINBERG (SBN 114850)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ROBERT S. NELSON (SBN 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)

TODD JACKSON (SBN 202598)
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

JODY A. LANDRY, Bar No. 125743
LINDSEY M. STEVENS, Bar No. 265700
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: 619.232.0441/ Fax: 619.232.4302

Attorneys for Plaintiff,
NICK CANCILLA
and the Proposed Class

Attorneys for Defendant
ECOLAB INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK CANCILLA, | Case No. CV 12-03001 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON ECOLAB'S MOTION TO CHANGE VENUE, PLAINTIFF'S CROSS MOTION RE VENUE, AND THE INITIAL CASE MANAGEMENT CONFERENCE FROM OCTOBER 12, 2012 TO OCTOBER 26, 2012** |
| vs. | |
| ECOLAB, INC., A CORPORATION,, | |
| Defendant. | |
| | Judge: Hon. Charles R. Breyer |

STIPULATION AND [PROP] ORDER TO CONTINUE HEARING ON ECOLAB'S MOT. TO CHANGE VENUE
& PLTF.'S MOT. RE VENUE & INITIAL CASE MANAGEMENT CONFERENCE - Case No. CV 12-03001 CRB

**STIPULATION:**

In order to accommodate the schedule of one of counsel for Plaintiff, the parties agree to and do hereby stipulate that the Court move the hearing on Defendant's Motion to Change Venue, Plaintiff's Cross Motion Regarding Venue, and the Initial Case Management Conference from October 12, 2012 at 10:00 a.m. to October 26, 2012 at 10:00 a.m.

Dated: September 11, 2012

/s/ Jody A. Landry
JODY A. LANDRY
LINDSEY M. STEVENS
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ECOLAB INC.

Dated: September 11, 2012

/s/ James M. Finberg
JAMES M. FINBERG
ALTSHULER BERZON LLP

ROBERT S. NELSON
NELSON LAW GROUP

TODD JACKSON
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.

DAVID A. LOWE
JOHN T. MULLAN
RUDY, EXELROD, ZIEFF & LOWE, L.L.P

Attorneys for Plaintiff
NICK CANCILLA
and the Proposed Class

**ORDER**

Having considered the Stipulation to Continue Hearing on Defendant's Motion to Change Venue, Plaintiff's Cross Motion Regarding Venue, and the Initial Case Management Conference, the Court ORDERS that the hearing on Defendant's Motion to Change Venue, Plaintiff's Cross Motion Regarding Venue, and the Initial Case Management Conference in this action shall be continued from October 12, 2012 at 10:00 a.m. to October 26, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 13, 2012



Honorable
United States District Judge

Case No. CV 12-03001 CRB          2