STEVEN G. ZIEFF (SBN 84222)
DAVID A. LOWE (SBN 178811)
JOHN T. MULLAN (SBN 221149)
RUDY EXELROD ZIEFF & LOWE LLP
351 California Street, Suite 700
San Francisco, CA 94104
(415) 434-9800 (phone)
(415) 434-0513 (fax)
sgz@rezlaw.com
dal@rezlaw.com
jtm@rezlaw.com

ROBERT S. NELSON (SBN 220984)
NELSON LAW GROUP
26 West Portal Avenue, Suite 1
San Francisco, CA 94127
Telephone: (415) 702-9869
Facsimile: (415) 592-8671
rnelson@nelsonlawgroup.net

TODD JACKSON (SBN 202598)
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
tjackson@lewisfeinberg.com

JAMES M. FINBERG (SBN 114850)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altshulerberzon.com

Attorneys for Plaintiff
NICK CANCILLA and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK CANCILLA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ECOLAB, INC., a corporation,<br><br>Defendant. | Case No. 3:12-cv-03001-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATES RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION AND SETTING HEARING**<br><br>District Judge: Hon. Charles R. Breyer<br>Ctrm. 6<br><br>Complaint Filed: June 11, 2012<br>Trial Date: Not Set |

STIPULATION TO EXTEND DATES RE: CROSS-MOTIONS    PAGE 1

This Stipulation is entered into by and between Plaintiff NICK CANCILLA ("Plaintiff") and Defendant ECOLAB INC. ("Ecolab" or "Defendant") by and through their undersigned counsel. Plaintiff and Defendant are collectively referred to herein as the "Parties."

## RECITALS

WHEREAS, on June 11, 2012, Plaintiff filed an action in the United States District Court for the Northern District of California styled *Cancilla v. Ecolab, Inc.*, Case No. CV 12 3001 CRB;

WHEREAS, Plaintiff claims, among other things, that Ecolab has misclassified Plaintiff as exempt from overtime requirements under the Fair Labor Standards Act ("FLSA") and, as a result, has not provided overtime compensation for overtime hours worked ("FLSA Claims");

WHEREAS, the Parties have agreed that before Plaintiff moves to certify the above-referenced collective actions, the parties will explore the issue of whether Defendant's FLSA Section 7(i) affirmative defense is appropriate for summary judgment/adjudication;

WHEREAS, in order to facilitate the Parties' determination as to whether Defendant's FLSA Section 7(i) affirmative defense is appropriate for summary judgment/adjudication, and in order to facilitate any such motions, the Parties have also agreed to prioritize discovery related to the FLSA Section 7(i) exemption and are currently conducting written discovery and depositions of Defendant;

WHEREAS, the Parties are presently engaged in meet and confer efforts regarding written discovery and have encountered scheduling conflicts in conducting depositions of Defendant that impact the filing date set for their cross-motions for summary judgment, currently ordered to be January 15, 2013 (*see* Docket No. 32);

THEREFORE, the Parties stipulate and agree as follows:

## STIPULATION AND AGREEMENT

1. The Parties hereby stipulate and request the Court to order that the following dates apply to the Parties' cross-motions for summary judgment/adjudication:

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

STIPULATION TO EXTEND DATES RE: CROSS-MOTIONS        PAGE 2

| Parties to File Cross-Motions For Summary Judgment | February 11, 2013 |
| --- | --- |
| Parties to File Oppositions to Cross-Motions for Summary Judgment | March 4, 2013 |
| Parties to File Replies to Cross-Motions for Summary Judgment | March 18, 2013 |
| Hearing Date | Friday March 29, 2013 at 10:00 a.m. |

2.     The Parties further stipulate that all dates referenced in the Stipulation and Order Regarding Tolling of FLSA Statute of Limitations and filing of the Motion for Conditional Collective Action Certification are extended consistent with the schedule listed above. (*See* Docket No. 35.)

Dated: December 6, 2012

/s/ *Jody A. Landry*
JODY A. LANDRY
LINDSEY M. STEVENS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ECOLAB INC.

Dated: December 6, 2012

/s/*John T. Mullan*
STEVEN G. ZIEFF
DAVID A. LOWE
JOHN T. MULLAN
RUDY EXELROD ZIEFF & LOWE LLP
Attorneys for Plaintiff
NICK CANCILLA

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

STIPULATION TO EXTEND DATES RE: CROSS-MOTIONS          PAGE 3

1
2    ROBERT S. NELSON (SBN 220984)
3    NELSON LAW GROUP
     26 West Portal Avenue, Suite 1
4    San Francisco, CA 94127
     Attorneys for Plaintiff
5    NICK CANCILLA

6    JAMES M. FINBERG (SBN 114850)
     ALTSHULER BERZON LLP
7    177 Post Street, Suite 300
     San Francisco, CA 94108
8    Attorneys for Plaintiff
9    NICK CANCILLA

10   TODD JACKSON (SBN 202598)
     LEWIS, FEINBERG, LEE, RENAKER
11   & JACKSON, P.C.
     476 9th Street
12   Oakland, CA 94607
13   Attorneys for Plaintiff
     NICK CANCILLA
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

STIPULATION TO EXTEND DATES RE: CROSS-MOTIONS       PAGE 4

## ORDER

The foregoing Stipulation is approved, and IT IS SO ORDERED.

DATED: December 10, 2012

_____
Hon. Charles R. Breyer
United States District Judge



LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

STIPULATION TO EXTEND DATES RE: CROSS-MOTIONS

PAGE 5