| | |
|---|---|
| JAMES M. FINBERG (SBN 114850) | JODY A. LANDRY, Bar No. 125743 |
| EVE H. CERVANTEZ (SBN 164709) | jlandry@littler.com |
| CONNIE K. CHAN (SBN 284230) | LINDSEY M. STEVENS, Bar No. 265700 |
| ALTSHULER BERZON LLP | lstevens@littler.com |
| 177 Post Street, Suite 300 | LITTLER MENDELSON, P.C. |
| San Francisco, CA  94108 | 501 W. Broadway |
| Telephone:  (415) 421-7151 | Suite 900 |
| Facsimile:   (415) 362-8064 | San Diego, California 92101.3577 |
| Email: jfinberg@altshulerberzon.com | Telephone: 619.232.0441 |
| Email: ecervantez@altshulerberzon.com | Facsimile: 619.232.4302 |
| Email: cchan@altshulerberzon.com | |
| | |
| STEVEN G. ZIEFF (SBN: 84222) | ANDREW VOSS, Pro Hac Vice |
| DAVID A. LOWE (SBN: 178811) | avoss@littler.com |
| JOHN T. MULLAN (SBN: 221149) | LITTLER MENDELSON, P.C. |
| RUDY, EXELROD, ZIEFF & LOWE, L.L.P. | 1300 IDS Center |
| 351 California Street, Suite 700 | 80 South 8th Street, |
| San Francisco, CA  94104 | Minneapolis, Minnesota 55402 |
| Telephone: (415) 434-9800 | Telephone: 612.630.1000 |
| Facsimile:  (415) 434-0513 | Facsimile: 612.630.9626 |
| Email: sgz@rezlaw.com | |
| Email: dal@rezlaw.com | Attorneys for Defendant |
| Email: jtm@rezlaw.com | ECOLAB, INC. |

Attorneys for Plaintiffs NICK CANCILLA,
and all others similarly situated
[additional counsel for Plaintiffs on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK CANCILLA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ECOLAB, INC., a corporation,<br><br>    Defendant. | Case No. CV 12-03001 CRB<br><br>**STIPULATION PURSUANT TO FED. R. CIV. P. 15(a)(2) REGARDING FILING OF SECOND AMENDED COMPLAINT AND TAKING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OFF CALENDAR; SECOND AMENDED COMPLAINT**<br><br>Date:   n/a<br>Time:  n/a<br>Ctrm.:  6<br>Judge: Hon. Charles R. Breyer<br><br>**Complaint Filed: June 11, 2012**<br>**Trial Date: Not Set** |

ROBERT S. NELSON (SBN 220984)
NELSON LAW GROUP
26 West Portal Avenue, Suite 1
San Francisco, CA 94127
(415) 702-9869 (phone)
(415) 592-8671 (fax)
Email: rnelson@nelsonlawgroup.net

TODD F. JACKSON (SBN 202598)
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: tjackson@lewisfeinberg.com

JUSTIN M. SWARTZ*
MOLLY BROOKS*
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2057
Email: jms@outtengolden.com
Email: mb@outtengolden.com

MICHAEL J.D. SWEENEY**
GETMAN & SWEENEY, PLLC
9 Paradies Lane
New Paltz, NY 12561
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
Email: msweeney@getmansweeney.com

Attorneys for Plaintiffs NICK CANCILLA,
and all others similarly situated

*Pro Hac Vice Application Forthcoming
**Pro Hac Vice Application Pending

**STIPULATION**

Plaintiff NICK CANCILLA ("Plaintiff") and Defendant ECOLAB INC. ("Ecolab" or "Defendant"), herein referred to collectively as the "Parties," hereby stipulate, by and through their respective attorneys of record, as follows:

WHEREAS, Plaintiff filed his original complaint in the above-captioned matter on June 11, 2012, and filed a First Amended Complaint on August 27, 2012 pursuant to the parties' stipulation, solely to correct a technical error in the original complaint;

WHEREAS, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading with the written consent of the opposing party;

WHEREAS, the Court has not yet set a deadline for amending the pleadings or adding parties;

WHEREAS, Plaintiff proposes to file a Second Amended Complaint, which is attached as Exhibit A to this Stipulation;

WHEREAS, Defendant does not object to the filing of Plaintiff's proposed Second Amended Complaint;

WHEREAS, the Parties agree that Defendant shall have twenty (20) days from the date of filing of this Stipulation to file a responsive pleading to the Second Amended Complaint;

WHEREAS, the Parties agree that this Stipulation moots Plaintiff's pending Motion for Leave to File Second Amended Complaint, set for hearing on June 21, 2013;

The Parties hereby stipulate as follows:

1. Plaintiff may file the proposed Second Amended Complaint, attached hereto as Exhibit A, which shall be deemed filed as of the date of filing of this Stipulation;

2. Defendant shall file its responsive pleading to the Second Amended Complaint no later than twenty (20) days from the date of filing of this Stipulation;

3. Plaintiff's Motion for Leave to File Second Amended Complaint, currently set for hearing on June 21, 2013, is rendered moot by this Stipulation and shall be taken off calendar.

/ / /

/ / /

IT IS SO STIPULATED.

Dated: May 31, 2013

/s/ James M. Finberg
JAMES M. FINBERG
ALTSHULER BERZON LLP
Attorneys for Plaintiff
NICK CANCILLA

Dated: May 31, 2013

/s/ Lindsey M. Stevens
JODY A. LANDRY
LINDSEY M. STEVENS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ECOLAB INC.