| | | |
|---|---|---|
| 1 | JAMES M. FINBERG (SBN 114850) | JODY A. LANDRY, Bar No. 125743 |
| | EVE H. CERVANTEZ (SBN 164709) | jlandry@littler.com |
| 2 | CONNIE K. CHAN (SBN 284230) | LINDSEY M. STEVENS, Bar No. 265700 |
| | ALTSHULER BERZON LLP | lstevens@littler.com |
| 3 | 177 Post Street, Suite 300 | LITTLER MENDELSON, P.C. |
| | San Francisco, CA 94108 | 501 W. Broadway |
| 4 | Telephone: (415) 421-7151 | Suite 900 |
| | Facsimile: (415) 362-8064 | San Diego, California 92101.3577 |
| 5 | Email: jfinberg@altshulerberzon.com | Telephone: 619.232.0441 |
| | Email: ecervantez@altshulerberzon.com | Facsimile: 619.232.4302 |
| 6 | Email: cchan@altshulerberzon.com | |
| 7 | STEVEN G. ZIEFF (SBN: 84222) | ANDREW VOSS, Pro Hac Vice |
| | DAVID A. LOWE (SBN: 178811) | avoss@littler.com |
| 8 | JOHN T. MULLAN (SBN: 221149) | LITTLER MENDELSON, P.C. |
| | RUDY, EXELROD, ZIEFF & LOWE, L.L.P. | 1300 IDS Center |
| 9 | 351 California Street, Suite 700 | 80 South 8th Street, |
| | San Francisco, CA 94104 | Minneapolis, Minnesota 55402 |
| 10 | Telephone: (415) 434-9800 | Telephone: 612.630.1000 |
| | Facsimile: (415) 434-0513 | Facsimile: 612.630.9626 |
| 11 | Email: sgz@rezlaw.com | |
| | Email: dal@rezlaw.com | Attorneys for Defendant |
| 12 | Email: jtm@rezlaw.com | ECOLAB, INC. |

13  Attorneys for Plaintiffs NICK CANCILLA,
    and all others similarly situated
14  [additional counsel for Plaintiffs on following
    page]
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | NICK CANCILLA, on behalf of himself and all others similarly situated, | ) Case No. CV 12-03001 CRB |
| 19 | | ) |
| 20 | Plaintiff, | ) **STIPULATION PURSUANT TO FED.** |
| | | ) **R. CIV. P. 15(a)(2) REGARDING** |
| 21 | v. | ) **FILING OF SECOND AMENDED** |
| | | ) **COMPLAINT AND TAKING** |
| 22 | ECOLAB, INC., a corporation, | ) **PLAINTIFF'S MOTION FOR LEAVE** |
| | | ) **TO FILE SECOND AMENDED** |
| 23 | Defendant. | ) **COMPLAINT OFF CALENDAR;** |
| | | ) **SECOND AMENDED COMPLAINT** |
| 24 | | ) |
| | | ) Date: n/a |
| 25 | | ) Time: n/a |
| | | ) Ctrm.: 6 |
| 26 | | ) Judge: Hon. Charles R. Breyer |
| | | ) |
| 27 | | ) **Complaint Filed: June 11, 2012** |
| | | ) **Trial Date: Not Set** |
| 28 | | |

ROBERT S. NELSON (SBN 220984)
NELSON LAW GROUP
26 West Portal Avenue, Suite 1
San Francisco, CA 94127
(415) 702-9869 (phone)
(415) 592-8671 (fax)
Email: rnelson@nelsonlawgroup.net

TODD F. JACKSON (SBN 202598)
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
476 9th Street
Oakland, CA  94607
Telephone:  (510) 839-6824
Facsimile:   (510) 839-7839
Email: tjackson@lewisfeinberg.com

JUSTIN M. SWARTZ*
MOLLY BROOKS*
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2057
Email: jms@outtengolden.com
Email: mb@outtengolden.com

MICHAEL J.D. SWEENEY**
GETMAN & SWEENEY, PLLC
9 Paradies Lane
New Paltz, NY 12561
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
Email: msweeney@getmansweeney.com

Attorneys for Plaintiffs NICK CANCILLA,
and all others similarly situated

*Pro Hac Vice Application Forthcoming
**Pro Hac Vice Application Pending

**STIPULATION**

Plaintiff NICK CANCILLA ("Plaintiff") and Defendant ECOLAB INC. ("Ecolab" or "Defendant"), herein referred to collectively as the "Parties," hereby stipulate, by and through their respective attorneys of record, as follows:

WHEREAS, Plaintiff filed his original complaint in the above-captioned matter on June 11, 2012, and filed a First Amended Complaint on August 27, 2012 pursuant to the parties' stipulation, solely to correct a technical error in the original complaint;

WHEREAS, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading with the written consent of the opposing party;

WHEREAS, the Court has not yet set a deadline for amending the pleadings or adding parties;

WHEREAS, Plaintiff proposes to file a Second Amended Complaint, which is attached as Exhibit A to this Stipulation;

WHEREAS, Defendant does not object to the filing of Plaintiff's proposed Second Amended Complaint;

WHEREAS, the Parties agree that Defendant shall have twenty (20) days from the date of filing of this Stipulation to file a responsive pleading to the Second Amended Complaint;

WHEREAS, the Parties agree that this Stipulation moots Plaintiff's pending Motion for Leave to File Second Amended Complaint, set for hearing on June 21, 2013;

The Parties hereby stipulate as follows:

1. Plaintiff may file the proposed Second Amended Complaint, attached hereto as Exhibit A, which shall be deemed filed as of the date of filing of this Stipulation;

2. Defendant shall file its responsive pleading to the Second Amended Complaint no later than twenty (20) days from the date of filing of this Stipulation;

3. Plaintiff's Motion for Leave to File Second Amended Complaint, currently set for hearing on June 21, 2013, is rendered moot by this Stipulation and shall be taken off calendar.

/ / /

/ / /

1       IT IS SO STIPULATED.

2

3   Dated: May 31, 2013

                                    /s/ James M. Finberg
4                                   JAMES M. FINBERG
                                    ALTSHULER BERZON LLP
5                                   Attorneys for Plaintiff
                                    NICK CANCILLA
6

7

8   Dated: May 31, 2013

                                    /s/ Lindsey M. Stevens
9                                   JODY A. LANDRY
                                    LINDSEY M. STEVENS
10                                  LITTLER MENDELSON, P.C.
                                    Attorneys for Defendant
11                                  ECOLAB INC.

12

13

14

15

16

17

18

19      June 19, 2013

                        IT IS SO ORDERED
                        Judge Charles R. Breyer
                        UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA

20

21

22

23

24

25

26

27

28