1  JAMES M. FINBERG (SBN 114850)
   EVE H. CERVANTEZ (SBN 164709)
2  CONNIE K. CHAN (SBN 284230)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA 94108
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  Email: jfinberg@altshulerberzon.com
   Email: ecervantez@altshulerberzon.com
6  Email: cchan@altshulerberzon.com

   ROBERT S. NELSON (SBN 220984)
   NELSON LAW GROUP
   26 West Portal Avenue, Suite 1
   San Francisco, CA 94127
   (415) 702-9869 (phone)
   (415) 592-8671 (fax)
   Email: rnelson@nelsonlawgroup.net

7  Attorneys for Plaintiffs NICK CANCILLA,
   GREG JEWELL, DAVID BEAUSOLEIL,
8  PATRICK SWEENEY, LUCIO FLORES,
   THOMAS JENNISON, MICHAEL
9  EMANUEL, ROBERT BIRCH, KENNETH
   FORBES, BRIAN O'NEIL, and
10 FREDERICK SIMON,
   and all others similarly situated
11 [additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK CANCILLA, GREG JEWELL, DAVID BEAUSOLEIL, PATRICK SWEENEY, LUCIO FLORES, THOMAS JENNISON, MICHAEL EMANUEL, ROBERT BIRCH, KENNETH FORBES, BRIAN O'NEIL, and FREDERICK SIMON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ECOLAB, INC., a corporation, <br><br> Defendant. | Case No. CV 12-03001 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING FLSA COLLECTIVE ACTION OPT-INS** <br><br> Date: n/a <br> Time: n/a <br> Ctrm.: 6 <br> Judge: Hon. Charles R. Breyer <br><br> **Complaint Filed: June 11, 2012** <br> **Trial Date: Not Set** |

STIPULATION AND [PROPOSED] ORDER REGARDING FLSA COLLECTIVE ACTION OPT-INS
Case No. CV 12-03001 CRB

1  STEVEN G. ZIEFF (SBN: 84222)
   DAVID A. LOWE (SBN: 178811)
2  JOHN T. MULLAN (SBN: 221149)
   CHAYA M. MANDELBAUM (SBN 239084)
3  RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
   351 California Street, Suite 700
4  San Francisco, CA  94104
   Telephone: (415) 434-9800
5  Facsimile:  (415) 434-0513
   Email: sgz@rezlaw.com
6  Email: dal@rezlaw.com
   Email: jtm@rezlaw.com
7
   TODD F. JACKSON (SBN 202598)
8  DARIN D. RANAHAN (SBN 273532)
   LEWIS, FEINBERG, LEE, RENAKER
9  & JACKSON, P.C.
   476 9th Street
10 Oakland, CA  94607
   Telephone:  (510) 839-6824
11 Facsimile:   (510) 839-7839
   Email: tjackson@lewisfeinberg.com
12
   MICHAEL J.D. SWEENEY (admitted pro hac vice)
13 GETMAN & SWEENEY, PLLC
   9 Paradies Lane
14 New Paltz, NY 12561
   Telephone: (845) 255-9370
15 Facsimile: (845) 255-8649
   Email: msweeney@getmansweeney.com
16
   JUSTIN M. SWARTZ*
17 MOLLY BROOKS*
   OUTTEN & GOLDEN LLP
18 3 Park Avenue, 29th Floor
   New York, NY 10016
19 Telephone: (212) 245-1000
   Facsimile: (646) 509-2057
20 Email: jms@outtengolden.com
   Email: mb@outtengolden.com
21
   Attorneys for Plaintiffs NICK CANCILLA,
22 DAVID BEAUSOLEIL, PATRICK
   SWEENEY, THOMAS JENNISON,
23 MICHAEL EMANUEL, ROBERT BIRCH,
   KENNETH FORBES, BRIAN O'NEIL,
24 FREDERICK SIMON, and all others similarly
   situated
25
   *Pro Hac Vice Application Forthcoming
26

27

28

1  Plaintiffs NICK CANCILLA, GREG JEWELL; DAVE BEAUSOLEIL; and PATRICK
2  SWEENEY ("Plaintiffs") and Defendant ECOLAB INC. ("Ecolab" or "Defendant"), herein
3  referred to collectively as the "Parties," hereby stipulate, by and through their respective
4  attorneys of record, as follows:
5  WHEREAS, on August 2, 2013, the Court granted Plaintiffs' Motion for Conditional
6  Collective Action Certification, *Hoffmann-La Roche* Notice, and Equitable Tolling (Dkt. No.
7  66), granting all putative FLSA Collective Action Members 90 days from the date of the mailing
8  of the Court-approved *Hoffmann-La Roche* Notice to mail their executed Consent to Join forms
9  to Plaintiffs' counsel, and extending equitable tolling for all putative FLSA Collective Action
10 Members to the conclusion of those 90 days (Dkt. No. 85);
11 WHEREAS, pursuant to the Court's August 2 order, Plaintiffs retained a third-party
12 Notice Administrator to be responsible for mailing the *Hoffmann-La Roche* Notice to and
13 receiving executed Consent to Join forms from putative FLSA Collective Action Members
14 identified by Ecolab;
15 WHEREAS, pursuant to the Court's August 2 order, Ecolab provided Plaintiffs with
16 contact information for 1,921 putative FLSA Collective Action Members on August 12, 2013;
17 WHEREAS, on August 27, 2013, the Notice Administrator mailed a copy of the Court-
18 approved *Hoffmann-La Roche* Notice and a blank Consent to Join form to each of the 1,921
19 individuals identified by Ecolab, and for those individuals, the opt-in deadline was November 25,
20 2013 by fax or mail postmarked that date, and the filing deadline was December 25, 2013;
21 WHEREAS, on September 17, 2013, Ecolab provided Plaintiffs with contact information
22 for an additional 39 putative FLSA Collective Action Members not previously identified;
23 WHEREAS, on September 19, 2013, the Notice Administrator mailed a copy of the
24 Court-approved *Hoffmann-La Roche* Notice and a blank Consent to Join form to each of the 39
25 individuals identified by Ecolab on September 17, and for those individuals, the opt-in deadline
26 was December 18, 2013 by fax or mail postmarked that date, and the filing deadline was January
27 17, 2014;
28

1    WHEREAS, Anthony Dixon submitted his signed consent form by fax on November 26,
2 2013, and his form was filed with the Court on November 27, 2013 (*see* Dkt. No. 100);
3    WHEREAS, Thurman Brown submitted his signed consent form dated November 20,
4 2013 by fax on December 3, 2013, and his form was filed with the Court on December 6, 2013
5 (*see* Dkt. No. 101);
6    WHEREAS, Damien Darnell Sears Sr. submitted his signed consent form dated August
7 30, 2013 by mail, which was not received by the Notice Administrator until December 9, 2013
8 with no legible postmark, and his form was filed with the Court on December 9, 2013 (*see* Dkt.
9 No. 102);
10    WHEREAS, Billy Medina Jr. moved and therefore did not receive the mailing from the
11 Notice Administrator because the address Ecolab had provided was outdated, and submitted his
12 signed consent form to Plaintiffs' counsel on December 12, 2013 upon learning about the lawsuit
13 from others; and his consent form was filed with the Court on December 13, 2013 (*see* Dkt. No.
14 103);
15    WHEREAS, Edward Spieler submitted his signed consent form dated November 1, 2013
16 by mail, which was not received by the Notice Administrator until January 16, 2014 with no
17 legible postmark, and his form was filed with the Court on January 16, 2014 (*see* Dkt. No. 105);
18    WHEREAS, Robert Liguori submitted his signed consent form to Plaintiffs' counsel on
19 February 10, 2014, and his form was filed with the Court on February 11, 2014 (*see* Dkt. No.
20 110); and
21    WHEREAS, Bryon Johnson never received his notice in the mail and only recently
22 learned of the lawsuit from other Service Specialists, and promptly upon learning of the suit
23 submitted his signed consent form to Plaintiffs' counsel on February 28, 2014, and his form was
24 filed with the Court that same day (*see* Dkt. No. 115);

26    The Parties hereby stipulate as follows:
27    1.    The consent to join forms of Anthony Dixon, Thurman Brown, Damian Darnell
28 Sears Sr., Billy Medina Jr., Edward Spieler, Robert Liguori, and Bryon Johnson already filed

1  with the Court shall be deemed valid, and they shall be permitted to join this FLSA Collective
2  Action, but their FLSA claims shall not be equitably tolled beyond November 25, 2013.
3      2.    Absent permission of the Court, no other putative FLSA Collective Action
4  Member who did not timely submit a signed consent to join form shall be permitted to join this
5  action.

Dated: March 31, 2014          /s/ Eve H. Cervantez
                               JAMES M. FINBERG
                               EVE H. CERVANTEZ
                               CONNIE K. CHAN
                               ALTSHULER BERZON LLP
                               Attorneys for Plaintiffs

Dated: March 31, 2014          /s/ Jody Landry
                               JODY A. LANDRY
                               LINDSEY M. STEVENS
                               LITTLER MENDELSON, P.C.
                               Attorneys for Defendant

## [PROPOSED] ORDER

Pursuant to the Parties' foregoing stipulation:

1. The consent to join forms of Anthony Dixon, Thurman Brown, Damian Darnell Sears Sr., Billy Medina Jr., Edward Spieler, Robert Liguori, and Bryon Johnson already filed with the Court shall be deemed valid, and they shall be permitted to join this FLSA Collective Action, but their FLSA claims shall not be equitably tolled beyond November 25, 2013.

2. Absent permission of the Court, no other putative FLSA Collective Action Member who did not timely submit a signed consent to join form shall be permitted to join this action.

**IT IS SO ORDERED.**

Dated: 4/3/14

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE