IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK CANCILLA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ECOLAB INC.,<br><br>    Defendant.<br>_____/ | No. C 12-03001 CRB<br><br>**ORDER GRANTING MOTION TO ENFORCE STIPULATION TO DISMISS NINE OPT-IN PLAINTIFFS WHO REFUSE TO PARTICIPATE IN DISCOVERY** |

     In April of this year, the parties entered into a Stipulation Regarding Discovery of FLSA Opt-ins. See generally Mot. (dkt. 154); Landry Decl. (dkt. 154-1) Ex. 1. Defendant Ecolab Inc. now moves to enforce a provision of that stipulation, which states that "If a randomly selected Opt-In refuses to participate in the discovery process then, absent good cause, his/her claim will be dismissed." Id. The Court finds this matter suitable for resolution without oral argument, pursuant to Civil Local Rule 7-1(b), VACATES the hearing currently set for November 7, 2014, and GRANTS the Motion. The nine opt-in Plaintiffs at issue did not participate in the discovery process. See Mot. at 3-4. Nor have they demonstrated any good cause for their lack of participation. See Opp'n (dkt. 155) at 4. Plaintiffs' speculation that three of the nine opt-in Plaintiffs are still employed by Ecolab and that there is therefore a "reasonable inference . . . that they would like to have their rights addressed in this representative action, but they are apprehensive about taking further

1  affirmative actions to help prosecute the case against their current employer," id., is clearly
2  inadequate.  But so, too, is Ecolab's argument that dismissal should be with prejudice.
3  See Mot. at 2; Reply (dkt. 156) at 1.  The parties did not specifically stipulate to dismissal
4  with prejudice, see Landry Decl. Ex. 1, and the Court will not impose so harsh a remedy.

**IT IS SO ORDERED.**

Dated: October 24, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE