IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK CANCILLA, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ECOLAB INC.,<br><br>      Defendant.<br>                                        / | No. C 12-03001 CRB<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

      Plaintiffs Nick Cancilla et al. have file two administrative motions to seal in this case. See dkts. 160, 161. Both motions seek to seal documents marked "Confidential" by Defendant Ecolab. Northern District of California Civil Local Rule 79-5(e) governs such situations. Under that rule, Defendant had four days to file with the Court a declaration and narrowly tailored sealing order supporting its confidentiality designation. Defendants filed no such declaration. Accordingly, Plaintiff's Administrative Motion to File Under Seal is DENIED under Rule 79-5(e).

      **IT IS SO ORDERED.**

Dated: November 17, 2014

                                                            CHARLES R. BREYER
                                                            UNITED STATES DISTRICT JUDGE