| | |
|---|---|
| JAMES M. FINBERG (SBN 114850) | JODY A. LANDRY |
| EVE H. CERVANTEZ (SBN 164709) | LINDSEY M. STEVENS |
| CONNIE K. CHAN (SBN 284230) | LITTLER MENDELSON, P.C. |
| ALTSHULER BERZON LLP | 501 W. Broadway |
| 177 Post Street, Suite 300 | Suite 900 |
| San Francisco, CA 94108 | San Diego, CA 92101 |
| Telephone: (415) 421-7151 | Telephone: (619) 232-0441 |
| Facsimile: (415) 362-8064 | Facsimile: (619) 232-4302 |
| Email: jfinberg@altshulerberzon.com | Email: jlandry@littler.com |
| Email: ecervantez@altshulerberzon.com | Email: lstevens@littler.com |
| Email: cchan@altshulerberzon.com | |

Attorneys for Plaintiffs NICK CANCILLA, GREG JEWELL, DAVID BEAUSOLEIL, PATRICK SWEENEY, LUCIO FLORES, THOMAS JENNISON, MICHAEL EMANUEL, ROBERT BIRCH, KENNETH FORBES, BRIAN O'NEIL, and FREDERICK SIMON, and all others similarly situated

Attorneys for Defendant Ecolab Inc.

[additional counsel for Defendant Ecolab Inc. listed on signature page]

[additional counsel for Plaintiffs' and those similarly situated listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK CANCILLA, GREG JEWELL, DAVID BEAUSOLEIL, PATRICK SWEENEY, LUCIO FLORES, THOMAS JENNISON, MICHAEL EMANUEL, ROBERT BIRCH, KENNETH FORBES, BRIAN O'NEIL, and FREDERICK SIMON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ECOLAB INC., a corporation,<br><br>Defendant. | Case No. CV 12-03001 CRB<br><br>**STIPULATION AND ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT ECOLAB'S MOTION FOR DECERTIFICATION OF THE FLSA COLLECTIVE ACTION**<br><br>Date: n/a<br>Time: n/a<br>Ctrm.: 6<br>Judge: Hon. Charles R. Breyer<br><br>**Complaint Filed: June 11, 2012**<br>**Trial Date: August 19, 2015** |

1    Plaintiffs Dave Beausoleil; Patrick Sweeney; Lucio Flores; Thomas Jennison; Michael
2    Emanuel, Robert Birch; Kenneth Forbes; Brian O'Neil, and Frederick Simon ("Plaintiffs")
3    on behalf of themselves and all others similarly situated, and Defendant Ecolab Inc., ("Ecolab")
4    (collectively "the Parties") by and through their respective attorneys of record, hereby stipulate
5    and agree as follows:
6    WHEREAS, on Thursday, December 18th, 2014, Ecolab filed a Motion for
7    Decertification of Conditionally Certified Collective Action, and noticed that motion to be heard
8    on February 13, 2015, the same date on which Plaintiffs' Motion for certification of Rule 23 state
9    classes is scheduled to be heard;
10   WHEREAS, under the Local Rules, Plaintiffs' opposition to Ecolab's Motion to
11   Decertify would be due on Friday, January 2, 2015, with Ecolab's reply due on January 9, 2015;
12   WHEREAS, due to the upcoming holiday season, many of Plaintiffs' attorneys have
13   vacations planned during the next two weeks;
14   WHEREAS, the offices of Plaintiffs' counsel will be closed several days during the next
15   two weeks;
16   The Parties, through their undersigned representative counsel of record, hereby stipulate
17   as follows:
18   1.    Plaintiffs' papers in opposition to Defendant Ecolab's Motion for Decertification
19   of Conditionally Certified Collective Action shall be due on Tuesday, January 13, 2015.
20   2.    Defendant Ecolab's reply papers in Support of its Motion for Decertification of
21   Conditionally Certified Collective Action shall be due on Thursday, January 22, 2015.
22   3.    The hearing on Ecolab's Motion to Decertify shall remain on February 13, 2015.
23   IT IS SO STIPULATED.

25   Dated: December 22, 2014         /s/ *James M. Finberg*_____
                                      JAMES M. FINBERG
26                                    EVE H. CERVANTEZ
                                      CONNIE K. CHAN
27                                    ALTSHULER BERZON LLP
                                      177 Post Street, Suite 300
28                                    San Francisco, CA 94108

| | |
|---|---|
| 1 | Telephone: (415) 421-7151 |
| | Facsimile: (415) 362-8064 |
| 2 | Email: jfinberg@altber.com |
| | Email: ecervantez@altber.com |
| 3 | Email: cchan@altber.com |
| 4 | ROBERT S. NELSON |
| | NELSON LAW GROUP |
| 5 | 345 West Portal Avenue, Suite 110 |
| | San Francisco, CA 94127 |
| 6 | Telephone: (415) 702-9869 |
| | Facsimile: (415) 592-8671 |
| 7 | Email: rnelson@nelsonlawgroup.net |
| 8 | STEVEN G. ZIEFF (SBN: 84222) |
| | DAVID A. LOWE (SBN: 178811) |
| 9 | JOHN T. MULLAN (SBN: 221149) |
| | MICHELLE LEE (SBN 266167) |
| 10 | RUDY, EXELROD, ZIEFF & LOWE, L.L.P. |
| | 351 California Street, Suite 700 |
| 11 | San Francisco, CA 94104 |
| | Telephone: (415) 434-9800 |
| 12 | Facsimile: (415) 434-0513 |
| | Email: sgz@rezlaw.com |
| 13 | Email: dal@rezlaw.com |
| | Email: jtm@rezlaw.com |
| 14 | |
| | JEFFREY LEWIS (SBN 66587) |
| 15 | DARIN D. RANAHAN (SBN 273532) |
| | LEWIS, FEINBERG, LEE, RENAKER |
| 16 | & JACKSON, P.C. |
| | 476 9th Street |
| 17 | Oakland, CA 94607 |
| | Telephone: (510) 839-6824 |
| 18 | Facsimile: (510) 839-7839 |
| | Email: tjackson@lewisfeinberg.com |
| 19 | |
| | MICHAEL J.D. SWEENEY (admitted pro hac vice) |
| 20 | GETMAN & SWEENEY, PLLC |
| | 9 Paradies Lane |
| 21 | New Paltz, NY 12561 |
| | Telephone: (845) 255-9370 |
| 22 | Facsimile: (845) 255-8649 |
| | Email: msweeney@getmansweeney.com |
| 23 | |
| | JUSTIN M. SWARTZ (admitted pro hac vice) |
| 24 | MOLLY BROOKS (admitted pro hac vice) |
| | OUTTEN & GOLDEN LLP |
| 25 | 3 Park Avenue, 29th Floor |
| | New York, NY 10016 |
| 26 | Telephone: (212) 245-1000 |
| | Facsimile: (646) 509-2057 |
| 27 | Email: jms@outtengolden.com |
| | Email: mb@outtengolden.com |
| 28 | |

1                                     Attorneys for Plaintiffs NICK CANCILLA, DAVID BEAUSOLEIL, PATRICK SWEENEY, LUCIO FLORES, THOMAS JENNISON, MICHAEL EMANUEL, ROBERT BIRCH, KENNETH FORBES, BRIAN O'NEIL, FREDERICK SIMON, and all others similarly situated

Dated: December 22, 2014   /s/ *Jody A. Landry*_____
JODY A. LANDRY
LINDSEY M. STEVENS
LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101
Telephone: (619) 232-0441
Facsimile: (619) 232-4302
Email: jlandry@littler.com
Email: lstevens@littler.com

SHIRLEY O. LERNER
ANDREW J. VOSS
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 630-1000
Facsimile: (612) 630-9626
Email: slerner@littler.com
Email: avoss@littler.com

Attorneys for Defendant Ecolab Inc.

1 **ORDER**

2     Pursuant to the Parties' foregoing stipulation, it is hereby ordered as follows:

3     1.    Plaintiffs' papers in opposition to Defendant Ecolab's Motion for Decertification
4 of Collectively Certified Collective Action shall be due on Tuesday, January 13, 2015.

5     2.    Defendant Ecolab's reply papers in Support of its Motion for Decertification of
6 Collectively Certified Collective Action shall be due on Thursday, January 22, 2015.

7     3.    The hearing on Ecolab's Motion to Decertify is reset for February 27, 2015.

8 **IT IS SO ORDERED.**

9 Dated: January 6, 2015

10 _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



1
STIPULATION AND [PROPOSED] ORDER RE BREIF SCHEDULE FOR DEFENDANT'S MOTION FOR DECERTIFICATION - Case No. CV 12-03001 CRB